# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Jessie L Curry<br>    Chaqueta J Curry<br>            Debtor(s) | Case No. 13-09592 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/11/2013.

2) The plan was confirmed on 06/03/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/02/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 09/27/2016.

6) Number of months from filing to last payment: 43.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $22,660.00.

10) Amount of unsecured claims discharged without payment: $103,728.86.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $59,092.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$59,092.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,885.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,672.59 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,557.59** |
| Attorney fees paid and disclosed by debtor: | $615.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARON SALES & LEASE | Unsecured | 507.00 | 303.86 | 783.86 | 783.86 | 75.99 |
| AARON SALES & LEASE | Secured | NA | 480.00 | 480.00 | 0.00 | 0.00 |
| AARON SALES & LEASE OWNERSHIP | Unsecured | 2,573.00 | NA | NA | 0.00 | 0.00 |
| AARON SALES & LEASE OWNERSHIP | Unsecured | 2,297.00 | NA | NA | 0.00 | 0.00 |
| AARON SALES & LEASE OWNERSHIP | Unsecured | 2,188.00 | NA | NA | 0.00 | 0.00 |
| AARON SALES & LEASE OWNERSHIP | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTION | Unsecured | 1,725.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Unsecured | 1,791.00 | NA | NA | 0.00 | 0.00 |
| Aspire | Unsecured | 1,256.00 | NA | NA | 0.00 | 0.00 |
| Capital Managment Services, Inc | Unsecured | 166.93 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 753.07 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,862.48 | 4,469.64 | 4,469.64 | 4,469.64 | 436.46 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | NA | 0.00 | 176.94 | 176.94 | 15.94 |
| CITY OF CHICAGO WATER DEPT | Secured | 2,192.86 | 2,369.80 | 2,192.86 | 2,192.86 | 73.65 |
| CONTRACT CALLERS | Unsecured | 3,522.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | NA | NA | 247.37 | 247.37 | 24.23 |
| COOK COUNTY TREASURER | Unsecured | NA | NA | 1,546.26 | 1,546.26 | 151.56 |
| COOK COUNTY TREASURER | Secured | 6,460.61 | 3,207.64 | 3,207.64 | 3,207.64 | 82.07 |
| COOK COUNTY TREASURER | Secured | 6,000.00 | 6,247.37 | 6,000.00 | 6,000.00 | 378.28 |
| COOK COUNTY TREASURER | Secured | 2,810.61 | 1,325.65 | 1,325.65 | 1,325.65 | 28.85 |
| COOK COUNTY TREASURER | Secured | NA | 1,546.26 | 1,546.26 | 0.00 | 0.00 |
| Credit Protection Asso (Original Credito | Unsecured | 1,211.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | 546.00 | 888.86 | 888.86 | 888.86 | 86.24 |
| IL DEPT OF REVENUE | Priority | NA | 1,919.33 | 1,919.33 | 1,919.33 | 143.15 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | 5,703.18 | 5,703.18 | 5,703.18 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Unsecured | 5,536.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 5,000.00 | 53.52 | 53.52 | 53.52 | 5.12 |
| INTERNAL REVENUE SERVICE | Secured | NA | 9,352.54 | 9,352.54 | 9,352.54 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 54.11 | 54.11 | 54.11 | 4.29 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Juan C Anaya | Unsecured | 5,420.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 643.00 | 599.14 | 599.14 | 599.14 | 58.77 |
| LVNV FUNDING | Unsecured | NA | 900.06 | 900.06 | 900.06 | 85.82 |
| LVNV FUNDING | Unsecured | NA | 222.72 | 222.72 | 222.72 | 21.14 |
| LVNV FUNDING | Unsecured | NA | 792.69 | 792.69 | 792.69 | 67.01 |
| MCSI INC | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,493.00 | 1,256.45 | 1,256.45 | 1,256.45 | 123.04 |
| NCO FINANCIAL SYSTEMS | Unsecured | 495.60 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Secured | 7,981.00 | 7,981.34 | 7,981.00 | 7,981.00 | 221.12 |
| OVERLAND BOND & INVESTMENT | Unsecured | NA | NA | 0.34 | 0.34 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO INVESTMENTS II LLC | Unsecured | 470.00 | 470.01 | 470.01 | 470.01 | 45.97 |
| PREMIER BANK CARD | Unsecured | 309.00 | 337.00 | 337.00 | 337.00 | 32.93 |
| PREMIER BANK CARD | Unsecured | 44.00 | 309.11 | 309.11 | 309.11 | 30.37 |
| SALLIE MAE/USA FUNDS | Unsecured | 4,075.00 | 1,262.60 | 1,262.60 | 0.00 | 0.00 |
| SALLIE MAE/USA FUNDS | Unsecured | 2,768.00 | 6,826.35 | 6,826.35 | 0.00 | 0.00 |
| Source Receivables Man (Original Credito | Unsecured | 1,375.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 502.00 | 502.89 | 502.89 | 502.89 | 49.24 |
| US DEPT OF ED SALLIE MAE | Unsecured | 1,276.00 | 55,697.31 | 55,697.31 | 0.00 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 3,639.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/SALLIE MA | Unsecured | 1,857.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS B | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,981.00 | $7,981.00 | $221.12 |
| All Other Secured | $24,104.95 | $22,078.69 | $562.85 |
| **TOTAL SECURED:** | **$32,085.95** | **$30,059.69** | **$783.97** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $5,703.18 | $5,703.18 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,973.44 | $1,973.44 | $147.44 |
| **TOTAL PRIORITY:** | **$7,676.62** | **$7,676.62** | **$147.44** |
| **GENERAL UNSECURED PAYMENTS:** | **$77,343.12** | **$13,556.86** | **$1,309.83** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,557.59 |
| Disbursements to Creditors | $53,534.41 |
| **TOTAL DISBURSEMENTS** : | **$59,092.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/23/2016          By:/s/ Tom Vaughn
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**